Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 67429.**—A. J. Taylor *v.* United States, protests 111615–K, etc. (El Paso).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.

**No. 67430.**—Fred Leighton et al. *v.* United States, protests 133642–K, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of huaraches similar in all material respects to those the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiffs was sustained.

**No. 67431.**—Paul E. Sernau, Inc. *v.* United States, protests 62/722 and 62/752 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.

**No. 67432.**—Venetianaire Corp. of America *v.* United States, protest 61/16281 (New York).